PD-0441-15

PD-0441-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/17/2015 3:29:22 PM
Accepted 4/21/2015 2:10:57 PM
ABEL ACOSTA
CLERK

NO. _____

# IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. 11-13-00056-CR

## IN THE COURT OF APPEALS
## FOR THE
## ELEVENTH JUDICIAL DISTRICT OF TEXAS
## EASTLAND, TEXAS

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **APPELLEE** |
| | § | |
| **V.** | § | |
| | § | |
| **GORDON STANLEY BLOCKER** | § | **APPELLANT** |

### APPEAL FROM COUNTY COURT AT LAW NO. 9
### TARRANT COUNTY, TEXAS
### TRIAL COURT NO. 1266266

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES, GORDON STANLEY BLOCKER,** Appellant in the above entitled and numbered cause, by and through his attorney of record, W. TROY McKINNEY, and submits this Motion for Extension of Time to file Appellant's Petition for Discretionary Review until May 20, 2015. For good cause, Appellant shows as follows.

1

1.      This Court issued its opinion on January 8, 2015. On February 23, 2015, Appellant's motion for rehearing was filed and it was overruled on March 20, 2015. This petition for discretionary review is due to be filed on or about April 20, 2015 This is Appellant's first request for an extension of time to file Appellant's Petition for Discretionary Review.

2.      The last thirty days, Appellant's counsel has been in trial, had an extremely heavy court docket in Harris County, Texas, and several out of town court settings.

3.      Furthermore, Appellant's counsel was a director at the Mastering Scientific Evidence Seminar in New Orleans from March 24 through March 29, 2015.

4.      This Motion is not made for delay, but to see that justice is done.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's Petition for Discretionary be extended to May 20, 2015.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/w/ *Troy McKinney*

W. Troy. McKinney
T.B.C. No. 13725020
440 Louisiana
Suite 800
Houston, Texas 77002
713-951-9994
FAX 713-224-6008
Email: wtmhousto@aol.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Tarrynt County District Attorney's Office on this the 17th day of April, 2015.

/s/ *W. Troy McKinney*

W. Troy McKinney